FILED

NOV 12 2026

Bonnie N. Hackler, Acting Clerk
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Andrew H Wells
Plaintiff(s)

vs. Staff Sergeant Tommy Nguyen
OSI Agent Kisana B.
Defendant(s)

Case Number: 26 CV - 709 JDR - CDL

# COMPLAINT

A. Parties

1) Andrew H Wells (Plaintiff), is a citizen of Oklahoma (State)

who presently resides at 7911 N 120th E Ave, Owasso, OK, 74055 (mailing address if different from residence)

2) Defendant Tommy Nguyen (Name of first defendant) is a citizen of Oklahoma (City, State)

and is employed as Staff Sergeant, U.S. Airforce (Position and title, if any)

3) Defendant Kisana B. (Name of second defendant) is a citizen of Unknown (City, State)

and is employed as OSI special Agent (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:

Federal-question jurisdiction under 28 U.S.C. § 1331, concerning alleged unlawful electronic surveillance implicating the Fourth Amendment.

C. Nature of Case

1) Briefly state the background of your case:

Alleged unauthorized electronic surveillance and compromise of Plaintiff's personal iPhone while employed as a civilian contractor at Kunsan Air Base, South Korea. Signs of surveillance began in Feb 2022 through Aug 2026.

Fee Paid
Ø Summons

D. Cause of Action

I allege the following:

1. Plaintiff suspects unauthorized electronic surveillance of his personal

iphone(s) beginning in 2022, with continued signs of compromise during 2025 - 2026

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

2. Plaintiff ~~observed~~ obtaind ~~MVT~~ MVT forensic findings suggesting possible device compromise and preserved video recordings, screenshots, encrypted backups, and the device for independent forensic examination.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3. Plaintiff alleges potential unlawful electronic surveillance implicating his Fourth Amendment rights. See attached Statement of supporting facts.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

Plaintiff seeks compensatory damages in an amount determined by the Court or jury; punitive damages where legally permitted; injunctive relief prohibiting proven ongoing unlawful electronic surveillance; and recoverable litigation costs and attorney's fees.

[signature]
Original Signature of Plaintiff

7911 N 120th E Ave
Current Address

Owasso — OK — 74055
City — State — ZIP

619 214 0840
Telephone

# ATTACHMENT A — STATEMENT OF SUPPORTING FACTS

Plaintiff: Andrew H Wells Case No.: ____________________

Proposed Defendants: SrA Tommy Nguyen (U.S. Air Force, Kunsan Air Base); Kisana B. (full surname presently unknown, Air Force Office of Special Investigations, Kunsan Air Base).

The following statement reflects Plaintiff's personal observations, recollections, concerns, and suspicions. Dates marked as unknown will be supplemented if records become available.

1(a). In 2025 – 2026 I first suspected spyware on my phone. I recall that he asked me what phone make and model I had, to which I replied an iphone 16 pro max. SrA Tommy Nguyen was constantly repeating bits and pieces of conversations that I had off base, and when he was not around me. I spoke with my manager about "liberal politics" and he repeated the word "liberal politics" a day later, as if to say "we are listening to you". This happened too many times to be coincidence. I had private conversations with my GF and he repeated a number that had significance to that conversation as well. I was speaking with my co-worker (contractor Eugene) about younger guys constantly complaining. When I came back to the office a day later, he also mentioned complaining as if to mock what I said about him. I began to realize that they were listening in on even my most intimate and private moments. For example; going to the bathroom, being with a loved one, etc. Just imagine for a minute that someone has access to the entire contents of your cell phone, and can listen in anytime they wanted. The invasion of privacy is sickening. I also noticed something strange, the information had a 24 hour delay to reach its intended recipient (Tommy Nguyen). I suspected that whoever might have been providing this information was outside Korea, possibly stateside (perhaps Langley). I wondered whether an intelligence agency might have been involved because Tommy Nguyen did say he previously worked alongside the NSA. I believe that unauthorized surveillance, if established, would violate my privacy and potentially my Fourth Amendment rights. I have preserved phone backups relevant to my concerns about possible spyware. I intend to have these backups analyzed by a company that specializes in spyware as part of my case.

1(b). Around 2022–2023, OSI Special Agent Kisana B. was also doing similar things whenever I encountered him. He asked me what kind of phone I had, to which I replied an Iphone 12 pro max. This is something they had in common, both asked me what type of phone I had, they asked about the make and model, and both repeated parts of private conversations I've had. At the time, I was going on dates with a local woman. I would speak to her about wanting to one day work for the FBI because I admired the agency. When I ran into Special Agent Kisana while doing an installation for him, he mentioned something about the FBI. I told him that I had just been speaking about that with someone and that I had always liked the FBI. At the time, I did not think much of the fact that he also mentioned something I had just been talking about. But this happened another time. I was speaking to this woman about money and whether it mattered in her culture how much money a man makes. Later, when I was at work, to my surprise, Kisana also spoke to me randomly about money. He said it in a way that made no sense in the context of our conversation, and no related topic had come up. After the incidents with Tommy Nguyen, I began to suspect that my phone might have been compromised earlier as well. Kisana also exhibited behavior that I found strange.

He would often wait outside the OSI building adjacent to the communications building. I frequently saw him there around the time I went into work in the morning, including during exercise periods. This was very unusual in my experience because, in seven years, he was the only OSI agent I observed doing that. At the time, I had no idea why. I now suspect that I may have been subject to an informal investigation and that my device may have been compromised during that period as well.

2. I began investigating on my own, trying to understand how the spyware works. I realized that I was using a Bluetooth adapter for apple carplay, which connects to my built-in microphones in my car through the Bluetooth chip. I disconnected this Bluetooth adapter and instead used a physical connection to my carplay within my car, keep in mind this is using the physical usb port on the phone to connect directly to my head unit. What I heard was strange. I heard what sounded like static, or crackling and popping in my car, this effected the bass, the twitters, and door speakers. it would pan from left to right and fade in and out and I noticed that the bass frequency (around 40hz) was extremely low. This was very unusual because I have a subwoofer in my car that operates in the 40hz range, it's a 10" subwoofer and its usually so loud it rattles my rearview mirror, in this case when I suspected my phone was compromised via spyware the low end frequency (40hz) was extremely muddled and muted. This is all highly unusual and has never happened before.

3. Since I have aftermarket twitters and a subwoofer in my car I was able to notice the sound difference immediately. I suspected this could be the way that whoever compromised my phone would be able to hear my conversations; and in turn, would be able to inform SrA Tommy Nguyen of what I'm saying. when I connect it to my car, the car microphone is used. Keep in mind car microphones for hands free calling are located on the roof of each car. So if spyware ended up on someone's phone, it would be able to record every conversation from the microphone within your car. The only way to combat this issue is to disconnect your car microphones, but I did not do this, I continued to make observations.

4. In one incident I saw Tommy Nguyen with his friend Sgt Brown, they were outside walking to the DFAC. He often told Sgt brown everything, they often complained about everything together, I knew this because they sat across from me. Tommy Nguyen was to my direct right, and Sgt Brown was to the right of Tommy. One time I was eating food in my car parked in front of the comm building. I read his lips, Tommy Nguyen said: "how did he know it was the NSA"? Sgt Brown said "I don't know". Tommy Nguyen said "Maybe he really is batman". Keep in mind they were discussing this outside in the front of the comm building. Id like to mention that my emails both have pictures of batman as the profile picture, my iphone also has a batman background on it. Why would Tommy Nguyen mention batman when he didn't know me at all? I usually parked in the back of the building but because of MSgt Crawford's new regulations it was single entry, single exit at the time. This is how I saw this conversation taking place. Id also like to note that MSgt Crawford (the comms section chief at the time) was constantly talking to Tommy Nguyen, I suspect that he knew that I was under informal investigation and that spyware was on my phone. They were constantly speaking in his office, I don't know about what, but its worth notating.

5. I also had concerns about SSgt Bernard Reeves based on of the unusual questions they would both ask me (he and Tommy). Reeves would sometimes come down to visit the SCOO shop, and when it was just Tommy and Reeves they would ask me questions like "how much did your phone cost you", or earlier in the year they would ask "what kind of phone do you have?" which is kind of a strange question, given that they randomly asked this out of the blue from an unrelated topic. Tommy also asked me other strange, more personal questions like "Who is your current girlfriend and name something that happened recently". Who asks questions like its an interview? His

question sounded as if someone else was typing it to him, for him to then ask me. It didn't sound like a natural question that he came up with on his own. Leading me to believe others were also involved and he was receiving orders from them.

6. I noticed strange things about Tommy Nguyens behavior. Usually, he is very outgoing and outspoken, he also complains a lot about everything. My main point is he speaks a lot. When we went to Chef terrace for unit event, I drove him and two others in my car. I noticed that he was extremely quiet, and when I asked him a question he wouldn't really respond. It was very strange behavior for him. I suspect that he knew the NSA was listening into my phone and conversations through my cars microphone, this is why he was very quiet. It seems as if he almost feared whoever was listening in.

7. It wasn't only those two that were acting strange, it was also Eli McClean that was acting strange. He often took notes of what I said when I was speaking. I know this because he always had his phone out and whenever I would speak about something he would sometimes act like he was leaving the room, typing furiously. He was there for 3 years, and he didn't act like that in his first two years, only during late 2025 – 2026 (when Tommy Nguyen came) was he acting strange like this. I remember when we all went out to a bar, Reeves would often to out with Eugene and Mcclean. This particular night I joined them. Eugene brought up my music studio. Since I study at Berklee, I had to invest in music equipment. Reeves asked me how much it costed, I gave an approximation of my microphone cost, etc. McClean immediately got up from the table and was typing furiously as he walked away and made a phone call once he stepped outside. This behavior is extremely strange because he did not act this way years before.

8. I wondered how the spyware got on my phone in the first place. And this is what I figured out through their continued harassment. The beige / brown truck was following me when I left the office for home several days in a row, I suspected that the truck might have equipment capable of acting as a false cell tower. I saw that when it got near me my cell phone bars would become really low and it looked like it switched networks, which is strange because I didn't touch it at all and it never changed from 5g while near the comm building before. I turned on airplane mode as the truck was following me, I looked in my rearview mirror and I saw that the security forces guys inside looked dumbfounded, its as if their face said "why isn't this connecting?!". I kept this up for a few attempts but every time I would put my phone into airplane mode, stopping their attack. I suspected that someone might be attempting to access or alter information on my phone. I have video evidence of these trucks on base.

9. I also observed unusual phone behavior while off base, which increased my concern about possible remote access. My cell phone would start to switch to 3g then back to LTE and 5g which is extremely weird because in my phone settings I have 5g preferred and I cant remember the last time 3g was ever connected in the middle of a city. I suspected that my phone might be subject to remote attacks so I ended up putting it in lockdown mode. Which apple recommends if you believe your phone is being attacked or compromised.

10. I would like to note that I was speaking with my friend on facebook messenger on June 18th 2026 and I was talking about prophecies, I mentioned that Kim Clement said that the next president would be Hispanic. Later that month (06/27), some random account on IG called me a "wetback" and there was another bot account with a derogatory name of "cupacabra_deltaco" (Screenshot is in the folder) its all too coincidental to not have someone illegally stalking me. This is ridiculous. I suspected that the online harassment might be connected to my broader surveillance concerns. Ive included a screenrecord video of this conversation with the date and timestamps and the

screenshot of the bot accounts. This was the only time that this happened (the racial remarks), I have not had an encounter like that since I've opened this Instagram.

11. Its not the first time something like that happened. I was speaking with my girlfriend around 9:20 pm and I told her goodnight, immediately when I said that I received a friend request on IG from a bot, its as if they are saying "we are watching you still". I felt that I was being cyberstalked.

12. Every time I opened my phone I would get a friend request on IG. And when I would text my GF "goodnight" I immediately got another friend request on IG. Someone was letting me know "we are watching you". And it was almost as if someone could see what I was typing and when I was typing it. I don't know if my fold 8 is compromised or not. its psychological in nature but it doesn't work on me because I didn't do anything wrong. I have screenshots of the friend request and Kakao chat.

13. I woke up several times during the night and noticed that my phone's volume had turned all the way up without my doing so. I never deliberately turn my phone volume all the way up, and I usually use headphones to listen to music or take calls. This happened several nights in a row and strengthened my concern that my phone might have been compromised. I made phone backups around this time and intend to have them examined by a company specializing in spyware.

14. I would also like to mention that I was doing taxes with my CPA (Feb 7th 2026). Before this I was constantly getting spam calls on my business phone line, I would get called twice in a row and it went through my "sleep mode" so it would constantly wake me up. One of the questions my CPA asked me is, how much money I made with my company that year. I told her I didn't make any money yet. After I answered that question, I noticed that I didn't get any more spam calls on my business line. The harassment stopped. This lets me realize two things, 1 they are monitoring my email, 2 they must have thought I somehow had a malicious business? But I didn't make any money so the harassment stopped. (Please see email PDF and DKE Gvoice screenshot). When I went onto base the following Monday, I noticed strange behavior from the security forces guys, when I walked past them they wouldn't even look at me and instead looked down. I think they realize that they have been harassing an innocent person this whole time.

## October 8, 2025 — Suspected cellular interference

15. I noticed that my cell signal kept switching to LTE and then back to G5 on KT and KOR KS telecom. If I used LGU+ it stayed on 5g. The repeated switching raised my concern that someone might be interfering with my cellular connection. (I have a screenrecord of this). I also reached out to tmobile customer service (note: I cannot get the transcript yet) I felt like someone was trying to sim clone my phone or something malicious. So I placed a sim pin on my sim card with the help of tmobile customer service.

## October 23, 2025

16. I was being harassed constantly during this time, I had random people add me on viber which is unusual because I never give out my phone number. A fake profile named anna added me from a 940-424-8615 number, (I have a screenshot of this). I also have a screenshot of another random person calling me. Please note that I do not give out my cell phone number at all.

## November 17, 2025 — Telephone calls

17. On Monday, November 17, 2025, I took paid time off (PTO) because I was not feeling well from the stress I had been experiencing at work. While I was home, I received calls from 346-200-8426 at approximately 12:00 p.m. and again at approximately 2:00 p.m. When I answered one of the calls, a

man said that he had called the wrong number and hung up immediately. I found these calls unusual, particularly in light of my concerns about my phone and a private note I had written on my iphone stating "if I die my blood is on your hands". I still need to confirm the date and time when I wrote that note but I do have a screenshot of the phone calls.

I wrote this note to test my suspicion that someone had unauthorized access to my phone. On Tuesday, November 18, 2025, after taking PTO the previous day, I returned to work and observed SrA Tommy Nguyen appearing extremely distressed and visibly shaken, to the point that his body appeared to be trembling. This behavior was unusual compared with how I normally observed him. I strongly suspect that he somehow was informed of the contents of my personal note on my cell phone. I had previously noticed what seemed to me to be delays of approximately 24 hours in his reactions to private conversations, but I still need to verify when I wrote this particular note before determining the interval between the note and his observed reaction. The sequence of events contributed to my concerns about unauthorized access to my private information.

## December 29, 2025 — Suspected cellular interference

18. My cell line that I normally use "KOR LG PLUS" was being jammed, I was not able to get a cell signal on that line and there were no reported outages, I had to swtich to KOR SK telecom just to get a cell signal. I suspected that my cell signal might have been intentionally interfered with (I have screen recorded evidence of this).

## Thursday, January 15, 2026

19. The beige/brown truck that I suspected might contain interception equipment parked outside the communications building. I began to take a personal note about this. A few days later they finally started not to antagonize me, my assumption is because they somehow knew that I was taking a personal note that included the day they were parked outside of the comm building. I suspected that they knew I was documenting these events. But again, how did they see my personal note in my iphone?

20. In mid 2026 I noticed a commercial on AFN depicting Security forces arresting a guy with a batman logo t-shirt on. I suspect they did this to mock me. As I stated before, I had pictures of batman on my email and my phones background.

## June 20, 2026

21. I went to the base on Saturday Jun 20th, 2026. To get groceries. I noticed that an SF police car was following me. When I was leaving the BX they pulled up to the parking lot adjacent to it. When I left they immediately left also. For a few months SF cars were following me on base during duty hours and I felt like I was being harassed when I was just trying to do my job. My job often requires me to go to different buildings on base, and they would always follow me.

22. Because of all of this cyber stalking and harassment I have experienced significant distress and symptoms that I associate with these events and now, anytime I receive a friend request on Instagram I think it's the NSA trying to get me to click on a malicious link. This has caused me a lot of grief and anxiety in my life and it will never be the same.

23. I believe that some commanders of comm were aware of this informal investigation, namely Maj Perkins. I don't know if he was aware of the extent of my harassment though.

24. The harassment has continued well into 2026. In September 29/30 of 2026 I was emailing Berklee College of music about tuition, because of Trumps Big Beautiful Bill my part time tuition is no longer

covered completely and I didn't realize that until it was time to sign up for classes again. I have a copy of this email. After I sent that email I got a friend request from the same bot with the name "moneytry503" and the profile name of "FreedomGood" its like they are mocking me for not having the tuition money for that semester. (I have a screenshot and timestamp of this bot account).

## Additional incidents and details to be confirmed

25. I have concerns about possible spyware involving two different personal iPhones (iphone 16 and iphone 12 pro max). I will confirm the dates and supporting records when I can access my other iPhone. I have preserved or intend to preserve the relevant devices and backups for examination.

I have referenced screenshots, video recordings, and phone backups. I intend to preserve and produce available materials as appropriate under court procedures.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge as to my firsthand observations, and that I have identified my suspicions and inferences as such.

Executed on: 11/12/26 Signature: [signature]